IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| IN RE STANLEY JAMES DEVELOPMENT CORPORATION,<br>  Debtor | |
| STANLEY JAMES DEVELOPMENT CORPORATION,<br>  Appellant | CIVIL NOS. AMD 00-3128 |
| v. | BANKRUPTCY CASE NO.<br>98-6-7627-SD |
| BRIAN A. GOLDMAN, TRUSTEE,<br>  Appellee | |

...oOo...

ORDER

As he has in respect to five other appeals from a miscellany of orders entered by the United States Bankruptcy Court in these proceedings, Mr. Stanley James, the Debtor/Appellant's president, purports to represent the Debtor. As I have repeatedly cautioned him, and as he full well knows, he is not authorized to practice law and therefore may not represent the corporate Appellant in this case. Moreover, no brief has been filed nor has any other action to prosecute this appeal been taken.

Accordingly, it is this 11th day of January, 2001, by the United States District Court for the District of Maryland ORDERED

(1) That THIS APPEAL IS DISMISSED; and it is further ORDERED.

(2) The Clerk shall CLOSE THIS CASE and TRANSMIT a copy of this Order to all counsel and interested parties and to the Clerk of the United States Bankruptcy Court for this district.

ANDRE M. DAVIS
United States District Judge